# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:15-CR-197(1) |
| | § | Judge Mazzant/Judge Nowak |
| IVAN SILVA MENDOZA (1) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 17, 2016, the report of the Magistrate Judge (Dkt. #42) was entered containing proposed findings of fact and recommendations that Defendant Ivan Silva Mendoza's Motion to Suppress (Dkt. #29) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #42) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Ivan Silva Mendoza's Motion to Suppress (Dkt. #29) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 7th day of April, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE